IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDMUNDO ESPINOZA, AN INDIVIDUAL, | § § § | |
| PLAINTIFF, | § § | Case No. 19-CV-1805-E-BK |
| v. | § § | |
| STEVEN EUGENE HUMPHRIES, AKA STEVEN HUMPHRIES AND STEVEN H. HUMPHRIES, AN INDIVIDUAL, | § § § § § | |
| DEFENDANT. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's Motion to Vacate Clerk's Entry of Default Judgment (Doc. No. 17) is **DENIED**.

SO ORDERED this 4th day of September, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE