IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDMUNDO ESPINOZA, | § § § | |
| PLAINTIFF, | § § | |
| v. | § § | CASE NO. 19-CV-1805-E-BK |
| STEVEN EUGENE HUMPHRIES, AKA STEVEN HUMPHRIES AND STEVEN H. HUMPHRIES, | § § § § | |
| DEFENDANT. | § § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (Doc. 45). Defendant filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 4th day of November, 2021.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE